IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Luc-Co, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Claire's Stores, Inc. ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:06-cv-04815 <br> Honorable Virginia M. Kendall <br> Magistrate Judge Schenkier |

## CONSENT JUDGMENT

The parties, plaintiff Luc-Co, Inc. ("Luc-Co") and defendant Claire's Stores, Inc. ("Claire's"), having resolved and fully settled all of their disputes involved in this litigation, hereby agree and consent to the following Judgment:

1. U.S. Patent No. 4,655,055 and U.S. Patent No. 4,840,045, both owned by Luc-Co and the subject of this litigation, are valid and were enforceable until their expiration date.

2. Claire's infringed U.S. Patent No. 4,655,055 and U.S. Patent No. 4,840,045 by selling the earring converters involved in this litigation without the permission of Luc-Co.

3. This court shall retain jurisdiction over the parties solely to enforce the terms of this Order and the Settlement Agreement entered into by the parties.

4. This case, and all pending counts asserted herein, is hereby dismissed with prejudice, subject to paragraph 3 hereof.

5. Each party will bear its own costs.

Agreed to:

CLAIRE'S STORES, INC.

By: **COLLEEN COLLINS**
    **SENIOR VICE PRESIDENT**
Its: _____

LUC-CO, INC.

By: Leonardo Moody
Its: President

So Ordered:

_____
United States District Judge

Date: 12-13-06

2